# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

KEVINEE M. BROWN,                          JUDGMENT IN A CIVIL CASE

    Plaintiff,

vs.

SHELBY COUNTY JAIL,                        CASE NO: 16-2915-STA-egb

    Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Dismissing Complaint, Certifying Appeal Would Not Be Taken In Good Faith, and Notifying Plaintiff of Appellate Filing Fee entered on August 27, 2018, this cause is hereby DISMISSED.**


    APPROVED:


s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 8/27/2018                          THOMAS M. GOULD
                                     Clerk of Court


                                   s/Maurice B. BRYSON

                                   (By)  Deputy Clerk